1  LONG BEACH UNIFIED SCHOOL DISTRICT
   Division of Special Education
2  Debra K. Ferdman, State Bar No. 204637
   DFerdman@lbschools.net
3  1515 Hughes Way Suite 300
   Long Beach, California 90810
4  Telephone:  (562) 997-8005
   Fax:  (562) 997-8649
5
   Attorneys for Respondent,
6  LONG BEACH UNIFIED SCHOOL DISTRICT

7          **OFFICE OF ADMINISTRATIVE HEARINGS - STATE OF CALIFORNIA**

8                        **SPECIAL EDUCATION DIVISION**

9

10  ██████████                              OAH CASE NO. 2019120471

11                        Petitioner,        **DECLARATION OF DEBRA K.
                                             FERDMAN IN SUPPORT OF**
12  V.                                       **OPPOSITION TO DISCLOSE
                                             PERSONAL INFORMATION OF**
13  LONG BEACH UNIFIED SCHOOL                **DISTRICT STAFF AND MOTION FOR
    DISTRICT,                                SANCTIONS.**
14
                        Respondent.
15

16      I, Debra K. Ferdman, declare as follows:

17      1.  The following information is based upon personal knowledge, and if called and sworn as

18          a witness, I could and would competently testify under oath thereto.

19      2.  I am the special education, general counsel for Long Beach Unified School District

20          ("District") and represent the District in the above referenced matter.

21      3.  I am a former special education teacher who taught students with special needs in the

22          Chicago Public Schools for one year and at Lowman Special Education Center for three

23          years.

24      4.  I received my Bachelors of Arts in Education from a private teaching university.

25      5.  I was a special education advocate while in law school and awaiting bar results for

26          Protection and Advocacy, now called Disability Rights California for approximately 5

27          years.

28

─────────────────────────────────────────────

                    DECLARATION OF DEBRA K. FERDMAN

6. I have been a special education attorney representing parents and Districts over the past 21 years.

7. On or about May 1, 2020, the District sent an email to Student seeking a continuance due to COVID-19.

8. The District and Student agreed upon the current dates of July 14-16, 2020.

9. The Parties also agreed to participate in mediation on May 29, 2020 and submitted the request to OAH.

10. OAH granted the mediation date and the hearing dates.

11. On May 21, 2020, Student sent an email to the District with a list of potential witnesses and requested that the addresses of the witnesses be provided. A true and accurate copy of the Student's email is attached hereto as Exhibit 1.

12. The list contains names of staff from the District, the Charter School to which the employees are not employed by the District, and outside mental health agencies.

13. The District responded on May 21, 2020 stating that mediation was scheduled for the 29th of May and that if the matter did not resolve, the addresses would be provided in advance of the hearing. A true and accurate copy of the Student's email is attached hereto as Exhibit 2.

14. Student filed the motion to which the District opposes on May 26, 2020 AFTER receiving the May 21, 2020 email from the District and prior to mediation.

15. I have over 30 years of experience as a special education teacher, special education advocate and special education attorney.

16. I have participated in countless pre-hearing conferences during which time is when the issue of addresses of employees not under the control of the District is discussed.

17. In my 20 plus years as a special education attorney I have never been asked to provide, nor seen a motion to compel the disclosure of personal information of staff 48 days prior to the hearing.

DECLARATION OF DEBRA K. FERDMAN

18. In all the cases in which I have represented a school District over the past 20 years, the exchange of personal information of staff takes place during the meet and confer and after the PHC has been held.

19. The appropriate hourly rate with someone with my background, expertise and experience is no less than $700 per hour.

20. I spent a minimum of four hours preparing this opposition and motion, inclusive of researching the provision of sanctions and decisions from OAH that issued sanctions.

21. I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed this 29th day of May, 2020 in Long Beach, California.

DEBRA K. FERDMAN

DECLARATION OF DEBRA K. FERDMAN