UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gilbert Perez and Tara Perez, | No. 2:22-mc-00257-KJM-DB |
| Plaintiffs, | ORDER |
| v. | |
| Lammersville Unified School District, | |
| Defendant. | |

The court has reviewed the filings at ECF Nos. 1 and 3 and has determined that this action was incorrectly initiated as a miscellaneous action. The Clerk is directed to initiate a new civil action with the Complaint and Exhibits attached at ECF No. 3. The new civil action should be assigned to Chief District Judge Kimberly J. Mueller and Magistrate Judge Deborah Barnes. The Clerk is further directed to apply the $402 filing fee payment made in this case on August 18, 2022 to the new civil case. In the new civil action the Clerk shall issue summons and New Case Documents. Once the new civil case is opened, the Clerk is directed to close this instant miscellaneous action and terminate pending motions (ECF Nos. 1 and 3).

IT IS SO ORDERED.

DATED: December 5, 2022.

CHIEF UNITED STATES DISTRICT JUDGE

1